**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6318**

---

TYRONE CLARK,

                              Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Chief District Judge.
(CA-95-265-JFM, CR-92-293-JFM)

---

Submitted:  August 22, 1996        Decided:  September 3, 1996

---

Before RUSSELL, HALL, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Tyrone Clark, Appellant Pro Se.  Lynn Ann Battaglia, United States
Attorney, Philip S. Jackson, Assistant United States Attorney,
Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion for joinder of a party and his Fed. R. Civ. P. 60(b) motion to set aside a judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Clark v. United States</u>, Nos. CR-92-293-JFM; CA-95-265-JFM (D. Md. Jan 31, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>